STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

E. R. SMITH ASSOCIATES, INC.

VS.

C.A. FILE NO.: WC-2005-0041

THE COLONIAL PRESS, INC.

SUPERIOR COURT
FILED
JAN 20 2005
WASHINGTON COUNTY
COURTLAND R. CHAPMAN JR.
CI

**COMPLAINT**
**Parties**

1. Plaintiff, E. R. SMITH ASSOCIATES, INC. (hereinafter referred to as "E. R. SMITH") is a Rhode Island corporation with principal place of business located at 83 Tom Harvey Road, Westerly, Rhode Island 02891.

2. Defendant, THE COLONIAL PRESS, INC. (hereinafter referred to as "COLONIAL PRESS") is a Nebraska corporation with offices at 10607 Harrison Street, Omaha, Nebraska 68128-0480.

**Jurisdiction and Venue**

3. Jurisdiction is vested in this Court pursuant to R.I. General Laws Section 9-5-33 and 8-2-14.

4. Venue is proper in this Court pursuant to R.I. General Laws 9-4-4.

**Allegations Common to All Counts**

5. On or about June 3, 2004, E. R. SMITH entered into a contract for the sale of a Harris M-110B Web Offset Press (Age 1988, web width 26" and a cut-off of 17.75") in accordance with contract dated June 3, 2004, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

6. The sale price for the Harris M-110B was $275,000.00, in the condition "As Is, Where Is" in the United Kingdom (England).

7. That E. R. SMITH thereafter entered into a separate agreement to install said press and memorializing the understanding between the parties by letter which is attached hereto as Exhibit "B" and made a part hereof.

8. That pursuant to the Agreement, E. R. SMITH was to install the press and recommended inspection of the press prior to purchase.

9. That Defendant, COLONIAL PRESS, did not agree to an inspection at a cost of $5,000.00 and bought the press "AS IS, WHERE IS".

10. That during the time of the installation of the press issues arose concerning the condition of the press and work which had to be done prior to the completion of the installation.

11. As a result, there was a delay in the installation of the press which has since been completed, all to the benefit of your Defendant, COLONIAL PRESS.

12. That COLONIAL PRESS is currently operating the Harris M-110B press at its facility in Omaha, Nebraska in accordance with contracts and understandings entered into between the parties, marked as Exhibits "A" and "B".

13. That there is an outstanding invoice due and owing by COLONIAL PRESS to E. R. SMITH in the amount of $82,500.00 that despite demand has still been unpaid.

14. Under the terms of the installation agreement, COLONIAL PRESS was obligated to pay any and all outstanding invoices.

15. That COLONIAL PRESS has failed to make payments in accordance with the understanding of the parties, all to the loss and harm of E. R. SMITH.

16. That E. R. SMITH has sustained damages as a result of the default in the amount of $82,500.00 sufficient to give this Court jurisdiction.

WHEREFORE, E. R. SMITH prays this Honorable Court grant the following relief:

A. That judgment enter against COLONIAL PRESS for the full amount of invoice due and owing in the amount of $82,500.00;

B. That this Court award your Plaintiff attorney's fees in accordance with R.I.G.L. 9-1-45; and

C. This Court grant such other further relief as it deems proper.

E. R. SMITH ASSOCIATES, INC.
BY ITS ATTORNEY

George A. Comolli, Esquire #2730
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
(401) 348-6020
(401) 348-0999 - fax