UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

v.

THE COLONIAL PRESS, INC.

Defendant.

Civil Action No. 05-

CA 05 045 T

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441**

To: The Honorable Judges of the United States District Court for the District of Rhode Island.

The defendant, The Colonial Press, Inc., hereby seeks to remove to this Court the state court action described below, pursuant to the provisions of 28 U.S.C. §1441 et seq., and the defendant respectfully states to the Court as follows:

1. The plaintiff, E.R. Smith Associates, Inc., has filed a complaint in the Rhode Island Superior Court, Washington County, against the defendant, seeking payment in the amount of $82,500.00. A true and correct copy of the complaint is attached as Exhibit 1 and incorporated herein by reference.

2. The defendant was served with and received, within the meaning of 28 U.S.C. §1446, copies of the summons and complaint on January 26, 2005. A true and correct copy of the summons served on and received by the defendant is attached as Exhibit 2 and incorporated herein by reference. No other process or pleadings, and no orders, have been served on the defendant in this case.



2

3. The plaintiff is a Rhode Island corporation with its principal place of business in Rhode Island.

4. The defendant is a Nebraska corporation with its principal place of business in Nebraska.

5. The matter in controversy, exclusive of interests and costs, exceeds the sum or value of $75,000.

6. The United States District Court for the District of Rhode Island has diversity jurisdiction over this civil action pursuant to 28 U.S.C. §1332(a) in that the matter in controversy is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

7. This case is removable to this Court under 28 U.S.C. §1441.

8. A certified copy of the state court file, containing copies of all process, pleadings and orders served on the defendant in the state court action, is attached as Exhibit 3.

WHEREFORE, the defendant requests that this Court assume full jurisdiction of this action as provided by law.

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen

Barbara S. Cohen (#2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2005, a copy of the within Notice of Removal of Action Pursuant to 28 U.S.C. §1441 was forwarded by first class mail, postage prepaid, to:

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891.

Barbara S. Cohen

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

E. R. SMITH ASSOCIATES, INC.

VS.

THE COLONIAL PRESS, INC.

C.A. FILE NO.: WC-2005-0041

SUPERIOR COURT
FILED
JAN 20 2005
WASHINGTON COUNTY
COURTLAND R. CHAPMAN JR.
CL

**COMPLAINT**

**Parties**

1. Plaintiff, E. R. SMITH ASSOCIATES, INC. (hereinafter referred to as "E. R. SMITH") is a Rhode Island corporation with principal place of business located at 83 Tom Harvey Road, Westerly, Rhode Island 02891.

2. Defendant, THE COLONIAL PRESS, INC. (hereinafter referred to as "COLONIAL PRESS") is a Nebraska corporation with offices at 10607 Harrison Street, Omaha, Nebraska 68128-0480.

**Jurisdiction and Venue**

3. Jurisdiction is vested in this Court pursuant to R.I. General Laws Section 9-5-33 and 8-2-14.

4. Venue is proper in this Court pursuant to R.I. General Laws 9-4-4.

**Allegations Common to All Counts**

5. On or about June 3, 2004, E. R. SMITH entered into a contract for the sale of a Harris M-110B Web Offset Press (Age 1988, web width 26" and a cut-off of 17.75") in accordance with contract dated June 3, 2004, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

6. The sale price for the Harris M-110B was $275,000.00, in the condition "As Is, Where Is" in the United Kingdom (England).

7. That E. R. SMITH thereafter entered into a separate agreement to install said press and memorializing the understanding between the parties by letter which is attached hereto as Exhibit "B" and made a part hereof.

8. That pursuant to the Agreement, E. R. SMITH was to install the press and recommended inspection of the press prior to purchase.

9. That Defendant, COLONIAL PRESS, did not agree to an inspection at a cost of $5,000.00 and bought the press "AS IS, WHERE IS".

10. That during the time of the installation of the press issues arose concerning the condition of the press and work which had to be done prior to the completion of the installation.

11. As a result, there was a delay in the installation of the press which has since been completed, all to the benefit of your Defendant, COLONIAL PRESS.

12. That COLONIAL PRESS is currently operating the Harris M-110B press at its facility in Omaha, Nebraska in accordance with contracts and understandings entered into between the parties, marked as Exhibits "A" and "B".

13. That there is an outstanding invoice due and owing by COLONIAL PRESS to E. R. SMITH in the amount of $82,500.00 that despite demand has still been unpaid.

14. Under the terms of the installation agreement, COLONIAL PRESS was obligated to pay any and all outstanding invoices.

15. That COLONIAL PRESS has failed to make payments in accordance with the understanding of the parties, all to the loss and harm of E. R. SMITH.

16. That E. R. SMITH has sustained damages as a result of the default in the amount of $82,500.00 sufficient to give this Court jurisdiction.

WHEREFORE, E. R. SMITH prays this Honorable Court grant the following relief:

A. That judgment enter against COLONIAL PRESS for the full amount of invoice due and owing in the amount of $82,500.00;

B. That this Court award your Plaintiff attorney's fees in accordance with R.I.G.L. 9-1-45; and

C. This Court grant such other further relief as it deems proper.

E. R. SMITH ASSOCIATES, INC.
BY ITS ATTORNEY

George A. Comolli, Esquire #2730
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
(401) 348-6020
(401) 348-0999 - fax

EXHIBIT "A"

E.R. SMITH ASSOCIATES INC

June 3, 2004

Mr. Bob Wells
Colonial Press
10607 Harrison St.
Omaha, NE 68128

Dear Bob:

E. R. Smith Associates, Inc. is pleased to offer the following proposal for the *used as is where* is Harris M-110B Web Offset Press (Age 1988, web width 26" and a cut-off of 17.75") consisting of the following equipment:

One (1) Butler Splicer including Datamat
One (1) Harris Infeed
One (1) EST Web Guide
Five (5) Harris Printing units with Duotrol and Telecolor
One (1) QuadTech Register system RGS IV
One (1) MEG Sigma Plus 50 dryer
One (1) Harris three drum chill stand
One (1) EST Web Guide
One (1) RYCO Silicone Applicator
One (1) Harris M-110 Double Chopper Folder
One (1) Oxy Dry Sheeter Model # Serial #
One (1) Plate Bender
One (1) Technotrans Water circulation system
One (1) Scheffer Inline Pattern Glue- & Pattern Perforator Unit
One (1) Domino Ink Jet System model Solo 5/5 auto 2 print heads
One (1) Orion ink level control.
One (1) Angle Bar on Scheffer equipment located parallel to the press line
One (1) Rotary Die cutter/Perforator.
Five (5) Plow Stations
One (1) Rotary Cutter
One (1) Conveyor to Baldwin Stacker SOV 128

The sale price is $ 275,000.00. (*As is Where is – UK*). Sales, use, excise taxes, or other applicable tariffs are the responsibility of the buyer.✓

The buyer has to provide a refundable deposit of 20% wired to the account of E. R. Smith Associates, Inc. to be used as portion of the acquisition price.

Payment To Be Wire Transfered
6/17/04.

83 TOM HARVEY ROAD WESTERLY, RI 02891
PHONE: 1-401-348-4000 FAX: 1-401-348-4049

FAXED FAXED

Page 2

WIRE TRANSFER INFORMATION:

Washington Trust Company
23 Broad Street
Westerly, RI 02891
Account # 202-232-1
Routing #: 011500858

Terry Aut to Wire TO

The buyer or an appointed company designated by the buyer has the chance to inspect the equipment at the location in the UK. Should the above-mentioned press not be accepted after inspection, the seller will return the full refundable deposit immediately. The inspection has to take place before June 15, 2004.

TERMS OF PAYMENT:

10% refundable deposit due now
90% before dismantling in the location in the UK

Ownership of the equipment remains with the seller until the time that the seller has received the full and cleared payment of the buyer.

The above equipment is used. This equipment is being sold on an "as is where is" basis. The seller makes no warranties whatsoever, either expressed or implied, including warranties of merchantability and fitness for particular purpose and the buyer shall have no recourse whatsoever against seller, for defective or unusable parts, accessories, equipment or machinery.

In Witness whereof, the seller has caused this instrument to be executed by the proper party thereunto duly authorized and the buyer has caused this instrument to be executed by the proper party thereunto duly authorized.

| SELLER: | BUYER: |
|---|---|
| E. R. Smith Associates, Inc. | Colonial Press |
| By: ______________ | By: Tom Visty (signature) |
| Frank Andaloro, President | Tom Visty |
| Date: ______________ | Date: 6/16/04 |

13574 (Ltr)




## MECHANICAL AND ELECTRICAL INSTALLATION

The installation includes E. R. Smith Associates, Inc., supplied equipment and the customer purchased equipment. All equipment will be installed in the manner accepted by industry standards and in accordance with the manufacturer.

The mechanical installation will consist of unloading, placing, lining up, leveling, and mounting of all the auxiliary components (web break detectors, cutoff controls, etc.).

All mechanical components and engineering drawings to be supplied and installed by E. R. Smith Associates, Inc. All mechanical components not supplied by E. R. Smith Associates, Inc., or modifications to any existing mechanical components necessary will be invoiced to the customer on a time and material basis.

The electrical installation will begin from a customer-supplied press power distribution panel and includes all 3-phase wiring from this panel to the press and auxiliary equipment. The distribution panel and all drive control cabinets to be located within 10 feet of the main drive motor. E. R. Smith Associates, Inc., will also wire all 100V control and other voltage control wiring on the press and auxiliary equipment. All wireways to the Nema 1 type with dividers. E. R. Smith Associates, Inc., is to supply all new materials to wire the machine.

All installation drawings, schematics, wire run lists, etc., to be supplied by E. R. Smith Associates, Inc.

E. R. Smith Associates, Inc. will guarantee the work performed will meet all local, national and manufacturer codes. E. R. Smith Associates, Inc., cannot be held liable for any inherent manufacturer or auxiliary manufacturer code violations, including the U.L. listing.




## *PRESS INSTALLATION*
## *CUSTOMER REPONSIBILITIES*

1) Schedule to allow sufficient time for installation.

2) Supply designated area or receptacle for debris disposal. Actual disposal of debris excluding hazardous waste from either job site by others.

3) Assign an on-site representative to verify in writing all levels, alignment and tram readings, as well as to make other checks pertinent to the installation and "sign-off" upon completion of the project.

4) Provide free, clear, and unobstructed access to the press, as well as proper environment for the installation. This would include adequate staging and work areas, as well as power, lights, heat and restroom facilities. Also, the press site area should be clear of any other contractors, products, equipment or any other items not associated with the installation. Provide enough doorway clearance to accommodate the rigging and installation process.

5) Any delays or interruptions caused by others, including but not limited to hindrances caused by organized labor, shipping delays, faulty manufacturing, acts of God, etc. could cause delays to the installation and/or extra charges.

6) Provide within ten feet (10') of press installation for distribution and connection by E. R. Smith Associates, Inc., of all utilities (i.e. chilled water, compressed air, main electric, medium pressure gas, low pressure air and industrial water).

7) Furnish electrical power distribution panel within ten feet (10') of the press drive controller. with proper voltage.

8) Provide adequate dock space, minimum opening required is 10' x 14'.

EXHIBIT "B"

cc. file

E.R. SMITH ASSOCIATES INC
ENGINEERING MANUFACTURING

June 3, 2004

Mr. Bob Wells
Colonial Press
10607 Harrison Street
Omaha, NE 68128

Dear Bob:

Please find the enclosed contract for the Harris M-110B Web Offset Press that is located in the UK. E. R. Smith Associates would like to propose that we send an ERSA qualified field technician along with a representative from your plant to inspect the press and review any issues at that time.

E. R. Smith Associates, Inc. would like to meet your expectations and we think the best way to do that is have a representative from Colonial present at the time of inspection. We estimate the cost to E. R. Smith Associates, Inc. to be approximately $5000.00 for the inspection. This cost would be refundable should you purchase the press.

The following is a list of services and press installation that will be included in the quotation below:

- The cost of removal, insurance, containerization and shipping the press to the USA / Nebraska for installation.
- The cost of a sixth unit purchased "as is where is". We currently have a unit available. It will need to be inspected in order to ensure that the unit conforms to the same or better integrity as the units in the UK.
- The cost of the installation includes the conversion of the services from English to USA. Convert the electrical system from 380 VAC 50 Hertz to 480 VAC 60 Hertz, Supply all new plumbing, re-wire the entire press installation, re-piping (both air and water) the entire press and Start-up of the press systems.
- Press systems will be explained to Colonial press along with the basic fundamentals of equipments operation.
- Operator training is not part of this quotation; should you not have a qualified M110 and finishing line operator on staff we strongly recommend that a qualified person be considered for hire. The skills required to run a finishing line are directly linked to experience. In other words to be successful from the start you need a knowledgeable employee to run the press system as purchased. The learning curve is substantial.

The total price (discounted) for services and the press installation as described ---------------------------------------------------------------------------------------------------$275,000.00

83 TOM HARVEY ROAD WESTERLY, RI 02891
PHONE: 1-401-348-4000 FAX: 1-401-348-4049

Page 2

The price and the terms for the press sale is on a separate contract, the broker is selling it with terms that do not coincide with our standard terms. When purchasing a used press used dealers get 100% of their funds before you touch the press.

Terms of the services and press installation as described above:

10% with the purchase of the press
30% upon the start of the removal ~~and~~ installation
30% upon arrival of the press in the USA
20% upon the completion of the installation
10% 30 days from the start up

We estimate the installation time to be approximately five weeks from the day the equipment arrives at your facility. The installation is quoted with the enclosed responsibilities attached.

Thank you for the opportunity to quote, should you have any questions please call.

Regards,

E. R. Smith Associates, Inc.

Frank Andaloro
President

CC: C. Andaloro
R. Tucker

13574 (Ltr)

②

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

1.30 Bowe

[ ] PROVIDENCE/BRISTOL [ ] KENT [x] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. WC2005-0041

E. R. SMITH ASSOCIATES, INC.
**Plaintiff**

THE COLONIAL PRESS, INC.
**Defendant**

***Summons***

*To the above-named Defendant:* THE COLONIAL PRESS, INC. by their agent for service of process: Thomas A. Visty, 10607 Harrison Street, LaVista, NE 68128

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon George A. Comolli Plaintiff's attorney, whose address is 15 Franklin Street Westerly, RI 02891 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: 1/20/2005

(Seal of the Superior Court)

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 02/04/2

SUPERIOR COURT CIVIL INFORMATION SYSTEM

3

DOCKET EVENT LISTING

CASE NO.: WC2005 0041 TYPE CONTRACT DAMAGES
TITLE: E R SMITH ASSOCIATES INC V COLONIAL PRESS INC
FILING DATE: 01-20-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| COLONIAL PRESS INC | BDF | Unknown,Attorney | AOR |
| E R SMITH ASSOCIATES INC | BPL | Comolli,George A | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

BW 02-03-2005
SUMMONS,PROOF OF SERVICE FILED
COLONIAL PRESS INC WITH TOM VISTY EMPLOYEE

True Copy Attest

C. R. Chmuf

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

# STATE OF RHODE ISLAND SUPERIOR COURT

## CIVIL CASE COVER SHEET

Case * (Filled in by Clerk's Office) WC 2005-41

SUPERIOR COURT FILED COURTLAND R. CHAPMAN 05 JAN 20 AM 9:02

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal. The form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| E. R. SMITH ASSOCIATES, INC. | THE COLONIAL PRESS, INC. |

**NATURE OF PROCEEDING—Check the applicable case type under main categories listed below. (check one only)**

District Court Appeal ☐ Yes (check type below)

| | | |
|---|---|---|
| ☐ AGA Agency appeal | ☐ DPC Denial of probate claim | ☐ PRN Promissory note |
| ☐ ALA Alienation of affection | ☐ EXT Excessive tax | ☐ PDM Property damage |
| ☐ ANT Anti-trust | ☐ INR Injunctive relief | ☐ PDV Property damage / vehicle |
| ☐ ASB Assault and battery | ☐ IPL Interpleader | ☐ RLP Real property |
| ☐ BKA Book account | ☐ LIB Libel/slander | ☐ RIC Reinstate charter |
| ☐ CLA Common law assignment | ☐ MLE Malpractice/legal | ☐ DIN Recovery of damages/insurance |
| ☐ CLL Common law lien | ☐ MME Malpractice/medical | ☐ ROF Recovery of funds |
| ☒ CON Contract | ☐ MOT Malpractice/other | ☐ WOR Replevin, writ of |
| ☐ CNV Conversion | ☐ WOM Mandamus. Writ of | ☐ SPP Specific performance |
| ☐ CRC Criminal conversation | ☐ PRT Partition | ☐ TCO Title clearing (other than tax title) |
| ☐ CIC Criminal inj. compensation | ☐ PER Personal injury | ☐ TAE Trespass and ejectment |
| ☐ DOJ Debt on judgment | ☐ IDV Personal inj./property dam-vehicle | ☐ TRA Trustee/accounting |
| ☐ DTP Deceptive trade practice | ☐ PIV Personal injury-vehicle | ☐ TCT Trustee/appt convey title |
| ☐ DEJ Declaratory judgment | ☐ PRL Product liabilty | ☐ UNM Uninsured motorist |
| ☐ Other than above (specify type): | | ☐ WRD Wrongful death |

**MISCELLANEOUS PETITIONS**

| | | |
|---|---|---|
| ☐ ARA Arbitration award | ☐ TLF Foreclosure / tax lien | ☐ PFI Petition for immunity |
| ☐ CAR Arbitration /confirm | ☐ FOC Forfeiture of charter | ☐ PIN Pet for inventory (wire tap) |
| ☐ RTA Arbitration referral | ☐ GJI Grand jury investigation | ☐ PFR Petition for review |
| ☐ VAR Arbitration / vacate | ☐ HAC Habeas corpus | ☐ PTD Pet to take deposition |
| ☐ AOD Assessment of damages | ☐ MAW Material witness | ☐ PCR Post conviction relief |
| ☐ CND Condemnation | ☐ MEL Mechanics lien | ☐ REC Receivership |
| ☐ CFC Confirm compromise | ☐ OSW Out of state witness | ☐ R5A Rule 5A petition |
| ☐ DOC Dissolution of corp. | ☐ PFS Perform surgery | ☐ TCL Title clearing (tax title) |
| ☐ EDP End partnership | ☐ PFC Petition for constable | ☐ AOT Trustee / appointment of |
| ☐ FRR Forclosure of right redemption | ☐ PTE Petition to expunge | ☐ DOT Trustee / declination of |
| ☐ Other than above (specify type): | | ☐ AOS Trustee successor |

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ☐ Yes ☒ No If yes: ☐ Jury or ☐ Non-jury

( Attorney name ) (Date)

George A. Comolli, Esquire #2730

True Copy Attest

C. R. Chapman

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.

05 JAN 20 AM 9:02

E. R. SMITH ASSOCIATES, INC.

VS.

C.A. FILE NO.: WC2005-41

THE COLONIAL PRESS, INC.

**COMPLAINT**
**Parties**

1. Plaintiff, E. R. SMITH ASSOCIATES, INC. (hereinafter referred to as "E. R. SMITH") is a Rhode Island corporation with principal place of business located at 83 Tom Harvey Road, Westerly, Rhode Island 02891.

2. Defendant, THE COLONIAL PRESS, INC. (hereinafter referred to as "COLONIAL PRESS") is a Nebraska corporation with offices at 10607 Harrison Street, Omaha, Nebraska 68128-0480.

**Jurisdiction and Venue**

3. Jurisdiction is vested in this Court pursuant to R.I. General Laws Section 9-5-33 and 8-2-14.

4. Venue is proper in this Court pursuant to R.I. General Laws 9-4-4.

**Allegations Common to All Counts**

5. On or about June 3, 2004, E. R. SMITH entered into a contract for the sale of a Harris M-110B Web Offset Press (Age 1988, web width 26" and a cut-off of 17.75") in accordance with contract dated June 3, 2004, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

6. The sale price for the Harris M-110B was $275,000.00, in the condition "As Is, Where Is" in the United Kingdom (England).

7. That E. R. SMITH thereafter entered into a separate agreement to install said press and memorializing the understanding between the parties by letter which is attached hereto as Exhibit "B" and made a part hereof.

8. That pursuant to the Agreement, E. R. SMITH was to install the press and recommended inspection of the press prior to purchase.

9. That Defendant, COLONIAL PRESS, did not agree to an inspection at a cost of $5,000.00 and bought the press "AS IS, WHERE IS".

True Copy Attest
C. R. Chapman

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

10. That during the time of the installation of the press issues arose concerning the condition of the press and work which had to be done prior to the completion of the installation.

11. As a result, there was a delay in the installation of the press which has since been completed, all to the benefit of your Defendant, COLONIAL PRESS.

12. That COLONIAL PRESS is currently operating the Harris M-110B press at its facility in Omaha, Nebraska in accordance with contracts and understandings entered into between the parties, marked as Exhibits "A" and "B".

13. That there is an outstanding invoice due and owing by COLONIAL PRESS to E. R. SMITH in the amount of $82,500.00 that despite demand has still been unpaid.

14. Under the terms of the installation agreement, COLONIAL PRESS was obligated to pay any and all outstanding invoices.

15. That COLONIAL PRESS has failed to make payments in accordance with the understanding of the parties, all to the loss and harm of E. R. SMITH.

16. That E. R. SMITH has sustained damages as a result of the default in the amount of $82,500.00 sufficient to give this Court jurisdiction.

WHEREFORE, E. R. SMITH prays this Honorable Court grant the following relief:

A. That judgment enter against COLONIAL PRESS for the full amount of invoice due and owing in the amount of $82,500.00;

B. That this Court award your Plaintiff attorney's fees in accordance with R.I.G.L. 9-1-45; and

C. This Court grant such other further relief as it deems proper.

E. R. SMITH ASSOCIATES, INC.
BY ITS ATTORNEY

George A. Comolli, Esquire #2730
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
(401) 348-6020
(401) 348-0999 - fax

True Copy Attest
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

True Copy Attest
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

EXHIBIT "A"

E.R. SMITH ASSOCIATES INC.

June 3, 2004

Mr. Bob Wells
Colonial Press
10607 Harrison St.
Omaha, NE 68128

Dear Bob:

E. R. Smith Associates, Inc. is pleased to offer the following proposal for the *used as is where* is Harris M-110B Web Offset Press (Age 1988, web width 26" and a cut-off of 17.75") consisting of the following equipment:

One (1) Butler Splicer including Datamat
One (1) Harris Infeed
One (1) BST Web Guide
Five (5) Harris Printing units with Duotrol and Telecolor
One (1) QuadTech Register system RGS IV
One (1) MEG Sigma Plus 50 dryer
One (1) Harris three drum chill stand
One (1) BST Web Guide
One (1) RYCO Silicone Applicator
One (1) Harris M-110 Double Chopper Folder
One (1) Oxy Dry Sheeter Model # Serial #
One (1) Plate Bender
One (1) Technotrans Water circulation system
One (1) Scheffer Inline Pattern Glue- & Pattern Perforator Unit
One (1) Domino Ink Jet System model Solo 5/5 auto 2 print heads
One (1) Orion ink level control.
One (1) Angle Bar on Scheffer equipment located parallel to the press line
One (1) Rotary Die cutter/Perforator.
Five (5) Plow Stations
One (1) Rotary Cutter
One (1) Conveyor to Baldwin Stacker SOV 128

Attest
Clerk of Superior Court
Washington
Rhode Island

The sale price is $ 275,000.00. (*As is Where is – UK*). Sales, use, excise taxes, or other applicable tariffs are the responsibility of the buyer.

The buyer has to provide a refundable deposit of 20% wired to the account of E. R. Smith Associates, Inc. to be used as portion of the acquisition price.

Payment to be wire transferred 6/17/04.

83 TOM HARVEY ROAD WESTERLY, RI 02891
PHONE: 1-401-348-4000 FAX: 1-401-348-4049

FAXED FAXED

Page 2

WIRE TRANSFER INFORMATION:

Washington Trust Company
23 Broad Street
Westerly, RI 02891
Account # 202-232-1
Routing #: 011500858

Terry Ant to Wire To ✓

The buyer or an appointed company designated by the buyer has the chance to inspect the equipment at the location in the UK. Should the above-mentioned press not be accepted after inspection, the seller will return the full refundable deposit immediately. The inspection has to take place before June 15, 2004.

TERMS OF PAYMENT:

10% refundable deposit due now
90% before dismantling in the location in the UK

Ownership of the equipment remains with the seller until the time that the seller has received the full and cleared payment of the buyer.

The above equipment is used. This equipment is being sold on an "as is where is" basis. The seller makes no warranties whatsoever, either expressed or implied, including warranties of merchantability and fitness for particular purpose and the buyer shall have no recourse whatsoever against seller, for defective or unusable parts, accessories, equipment or machinery.

In Witness whereof, the seller has caused this instrument to be executed by the proper party thereunto duly authorized and the buyer has caused this instrument to be executed by the proper party thereunto duly authorized.

| SELLER: | BUYER: |
|---|---|
| E. R. Smith Associates, Inc. | Colonial Press |
| By: ____________ | By: [signature] |
| Frank Andaloro, President | Tom Visty |
| Date: ____________ | Date: 6/16/04 |
| 13574 (Ltr) | |

True Copy Attest
[signature]
Clerk of Superior Court
Washington
Rhode Island

JUN-16-2004 WED 02:31PM ID: PAGE:1




## MECHANICAL AND ELECTRICAL INSTALLATION

The installation includes E. R. Smith Associates, Inc., supplied equipment and the customer purchased equipment. All equipment will be installed in the manner accepted by industry standards and in accordance with the manufacturer.

The mechanical installation will consist of unloading, placing, lining up, leveling, and mounting of all the auxiliary components (web break detectors, cutoff controls, etc.).

All mechanical components and engineering drawings to be supplied and installed by E. R. Smith Associates, Inc. All mechanical components not supplied by E. R. Smith Associates, Inc., "or modifications to any existing mechanical components necessary will be invoiced to the customer on a time and material basis."

The electrical installation will begin from a customer-supplied press power distribution panel and includes all 3-phase wiring from this panel to the press and auxiliary equipment. The distribution panel and all drive control cabinets to be located within 10 feet of the main drive motor. E. R. Smith Associates, Inc., will also wire all 100V control and other voltage control wiring on the press and auxiliary equipment. All wireways to the Nema 1 type with dividers. E. R. Smith Associates, Inc., is to supply all new materials to wire the machine.

✱ All installation drawings, schematics, wire run lists, etc., to be supplied by E. R. Smith Associates, Inc.

E. R. Smith Associates, Inc. will guarantee the work performed will meet all local, national and manufacturer codes. E. R. Smith Associates, Inc., cannot be held liable for any inherent manufacturer or auxiliary manufacturer code violations, including the U.L. listing.

Superior Court

January 15, 2001
Revision 1




*PRESS INSTALLATION*
*CUSTOMER REPONSIBILITIES*

1) Schedule to allow sufficient time for installation.

2) Supply designated area or receptacle for debris disposal. Actual disposal of debris excluding hazardous waste from either job site by others.

3) Assign an on-site representative to verify in writing all levels, alignment and tram readings, as well as to make other checks pertinent to the installation and "sign-off" upon completion of the project.

4) Provide free, clear, and unobstructed access to the press, as well as proper environment for the installation. This would include adequate staging and work areas, as well as power, lights, heat and restroom facilities. Also, the press site area should be clear of any other contractors, products, equipment or any other items not associated with the installation. Provide enough doorway clearance to accommodate the rigging and installation process.

5) Any delays or interruptions caused by others, including but not limited to hindrances caused by organized labor, shipping delays, faulty manufacturing, acts of God, etc. could cause delays to the installation and/or extra charges.

6) Provide within ten feet (10') of press installation for distribution and connection by E. R. Smith Associates, Inc., of all utilities (i.e. chilled water, compressed air, main electric, medium pressure gas, low pressure air and industrial water).

7) Furnish electrical power distribution panel within ten feet (10') of the press drive controller. with proper voltage

8) Provide adequate dock space, minimum opening required is 10' x 14'.

... of Superior Court
...ington
...de Island

January 15, 2001
Revision 1

EXHIBIT B

cc. file

E.R. SMITH ASSOCIATES INC

ENGINEERING MANUFACTURING

June 3, 2004

Mr. Bob Wells
Colonial Press
10607 Harrison Street
Omaha, NE 68128

Dear Bob:

Please find the enclosed contract for the Harris M-110B Web Offset Press that is located in the UK. E. R. Smith Associates would like to propose that we send an ERSA qualified field technician along with a representative from your plant to inspect the press and review any issues at that time.

E. R. Smith Associates, Inc. would like to meet your expectations and we think the best way to do that is have a representative from Colonial present at the time of inspection. We estimate the cost to E. R. Smith Associates, Inc. to be approximately $5000.00 for the inspection. This cost would be refundable should you purchase the press.

The following is a list of services and press installation that will be included in the quotation below:

- The cost of removal, insurance, containerization and shipping the press to the USA / Nebraska for installation.
- The cost of a sixth unit purchased "as is where is". We currently have a unit available. It will need to be inspected in order to ensure that the unit conforms to the same or better integrity as the units in the UK.
- The cost of the installation includes the conversion of the services from English to USA. Convert the electrical system from 380 VAC 50 Hertz to 480 VAC 60 Hertz, Supply all new plumbing, re-wire the entire press installation, re-piping (both air and water) the entire press and Start-up of the press systems.
- Press systems will be explained to Colonial press along with the basic fundamentals of equipments operation.
- Operator training is not part of this quotation; should you not have a qualified M110 and finishing line operator on staff we strongly recommend that a qualified person be considered for hire. The skills required to run a finishing line are directly linked to experience. In other words to be successful from the start you need a knowledgeable employee to run the press system as purchased. The learning curve is substantial.

The total price (discounted) for services and the press installation as described ------------------------------------------------------------------------------------------------$275,000.00

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

83 TOM HARVEY ROAD WESTERLY, RI 02891
PHONE: 1-401-348-4000 FAX: 1-401-348-4049

Page 2

The price and the terms for the press sale is on a separate contract, the broker is selling it with terms that do not coincide with our standard terms. When purchasing a used press used dealers get 100% of their funds before you touch the press.

Terms of the services and press installation as described above:

10% with the purchase of the press
30% upon the start of the removal ~~and~~ installation
30% upon arrival of the press in the USA
20% upon the completion of the installation
10% 30 days from the start up

We estimate the installation time to be approximately five weeks from the day the equipment arrives at your facility. The installation is quoted with the enclosed responsibilities attached.

Thank you for the opportunity to quote, should you have any questions please call.

Regards,

E. R. Smith Associates, Inc.

Frank Andaloro
President

CC: C. Andaloro
R. Tucker

13574 (Ltr)

True Copy Attest
Clerk of Superior Court
Washington
Rhode Island

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [x] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. WC 2005-0041

E. R. SMITH ASSOCIATES, INC.
Plaintiff

Summons

THE COLONIAL PRESS, [illegible]
[illegible]

*To the above-named Defendant:* THE COLONIAL PRESS, INC. by their agent for service of process: Thomas A. [illegible], [illegible] Harrison Street, LaVista, NE [illegible]

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon George A. Comolli Plaintiff's attorney, whose address is 15 Franklin Street Westerly, RI 02891 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

C. R. Ch[illegible]
CLERK

Dated: 1/20/2005

(Seal of the Superior Court)

True Copy Attest
C. R. Ch[illegible]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

S- 135 (REV. 10/00)

OF NEBRASKA )

UNTY OF SARPY )

DOC: WC41 PAGE: 2005

ER SMITH ASSOCIATES
v.
COLONIAL PRESS INC

Serve: COLONIAL PRESS INC

Date Received: Jan 24, 2005, at 10:43 o'clock am

R E T U R N   O F   S E R V I C E

I hereby certify that I have received this/these document(s):

SUMMONS, COMPLAINT

CORPORATE SERVICE: By delivering a copy of said documents to the following highest officer or managing agent of the said corporation personally on the date indicating:

COLONIAL PRESS INC Jan 26, 2005, at 10: 3 o'clock am

at 10607 HARRISON

leaving with TOM VISTY/EMPLOYEE

Service and Return: $15.00

Mileage: $0.00 $4.31 $0.00

TOTAL: $ 19.31

PATRICK J. THOMAS, SHERIFF OF SARPY COUNTY, NEBRASKA

by: Deputy O'Hare 964 Dated: Jan 27, 2005

STATE OF NEBRASKA )
)
COUNTY OF SARPY )

GENERAL NOTARY - State of Nebraska
TERRI A. KIGER
My Comm. Exp. Dec. 16, 2006

Terri A. Kiger

On this 27 day of Jan, 2005, before me, a Notary Public within and for said county, personally appeared the above person, known to me to be the identical person described herein. In testimony whereof, I have hereunto set my hand and affixed my Notarial Seal at Papillion, Nebraska, the date aforesaid.

980146470TERRI

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island