UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE WITH RESPECT TO COMPLAINT**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby moves the Court, pursuant to Local Rule 12(a)(1), for an Order extending the time within which Colonial Press must answer or move with respect to the plaintiff's complaint until and including March 2, 2005. In support of this motion Colonial Press states that its answer or motion currently is due on February 16, 2005. However, other commitments of counsel require the extension sought.

Accordingly, Colonial Press respectfully requests that the Court grant this motion and extend the time within which Colonial Press must answer or move with respect to the complaint until and including March 2, 2005.

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2005, a copy of the within Motion was mailed by first-class mail, postage pre-paid, to:

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891

Jennifer Gagnon