RECEIVED
FEB 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

v.

THE COLONIAL PRESS, INC.

Defendant.

Civil Action No. 05-CV-45-T

## STIPULATION

It is hereby stipulated and agreed that the time within which the defendant, The Colonial Press, Inc., must serve and file its answer or other response to the Complaint may be extended until and including Wednesday, March 2, 2005.

**E.R. SMITH ASSOCIATES, INC.**
By its attorney,

George A. Comolli (2730)
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
Tel: 348-6020
Fax: 348-0999

Dated: 2/23/05

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903
Tel: 421-7300
Fax: 421-7352

Dated: 02/21/05

So Ordered: Ernest C. Torres

56464

5