UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| E.R. SMITH ASSOCIATES, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No.: 05-CV-45-T |
| | : | |
| THE COLONIAL PRESS, INC., | : | |
| | : | |
| Defendant | : | |

## Entry of Appearance

I, W. Mark Russo, Esq. of Ferrucci Russo, P.C., hereby enter my appearance on behalf of plaintiff E.R. Smith Associates, Inc. in connection with the above-entitled action.

Respectfully submitted,

[signature]

W. Mark Russo (#3937)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: February 24, 2005

## Certification

I hereby certify that on this 24th day of February, 2005, I served a true and accurate copy of the within upon **George A. Comolli, Esq.**, Comolli & LaMountain, Ltd., 15 Franklin Street, Westerly, Rhode Island, 02891; and **Barbara S. Cohen, Esq.**, Goldenberg & Muri, LLP, 10 Weybosset Street, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Monique Bower

7