UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| E.R. SMITH ASSOCIATES, INC., Plaintiff : | |
| vs. : | C.A. No.: 05-CV-45-T |
| THE COLONIAL PRESS, INC., Defendant : | |

**E.R. SMITH ASSOCIATES, INC.'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

NOW COMES plaintiff E.R. Smith Associates, Inc. ("E.R. Smith"), by and through counsel, and hereby moves this Court for an order enlarging or extending the time within which E.R. Smith may object, or otherwise respond to, defendant The Colonial Press, Inc.'s ("Colonial") motion to dismiss, and submit its memorandum in support of said objection, up to, and including, twenty-one (21) days following the close of jurisdictional discovery in this matter. In the alternative, E.R. Smith requests that this Court enter an order enlarging or extending the time within which E.R. Smith may object, or otherwise respond to, Colonial's motion to dismiss up to, and including, May 2, 2005.

In support of the within motion, E.R. Smith states that Colonial's motion to dismiss sets forth various assertions, together with an accompanying affidavit of Colonial's president, Thomas A. Visty, that represent and/or state that Colonial has no contacts with this forum, or, in the alternative, that Colonial has only "incidental" or "accidental" contacts with Rhode

9

Island, thereby leaving this Court without either general jurisdiction or specific jurisdiction over Colonial in this matter.

E.R. Smith respectfully submits that Colonial's characterization of their conduct within and/or contact with this forum is both misleading and disingenuous as it relates Colonial's business dealings with E.R. Smith. Accordingly, E.R. Smith requests an enlargement of time within which to object, and submit its memorandum in support of said objection, to Colonial's motion to dismiss so that it may have the opportunity to undertake, and engage in, jurisdictional discovery in support of its previously asserted claims as set forth in its Complaint in this matter, including jurisdiction, as well as to substantively oppose Colonial's motion to dismiss. The jurisdictional discovery sought is absolutely necessary in order that E.R. Smith may test the veracity of the statements and/or representations made by Colonial in the subject motion to dismiss and accompanying affidavit, and properly frame a response to the same. Should E.R. Smith not be afforded the opportunity to do so it will result in abject prejudice to its position and/or claims in this matter.

Accordingly, E.R. Smith respectfully requests that this Court enlarge or extend the time within which it may object, or otherwise respond to, Colonial's motion to dismiss, and submit its memorandum in support of said objection, so that it may so engage in the necessary and appropriate jurisdictional discovery to properly and fully object and respond to the subject motion.

WHEREFORE, for the foregoing reasons, E.R. Smith respectfully prays for an order enlarging the time within which it may object, or otherwise respond to, Colonial's motion to dismiss, and submit its memorandum in support of said objection, up to, and including, twenty-one (21) days from the close of jurisdictional discovery. In the alternative, E.R.

Smith respectfully prays that this Court enter an order enlarging the time within which it may object to Colonial's motion to dismiss up to, and including, May 2, 2005.

Respectfully submitted,

E.R. Smith Associates,

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

George A. Comolli, Esq. (#2730)
**Comolli & LaMountain, Ltd.**
15 Franklin Street
Westerly, RI 02891
Tel: (401) 348-6020
Fax: (401) 348-0999

## Certification

I hereby certify that on this 9th day of March, 2005, I served a true and accurate copy of the within upon **Barbara S. Cohen, Esq.**, Goldenberg & Muri, LLP, 10 Weybosset Street, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.