UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby responds to the plaintiff's Motion to Enlarge Time to Respond to Defendant's Motion to Dismiss.

On February 4, 2005, Colonial Press removed this action to this Court and on March 2, 2005, Colonial Press filed a Motion to Dismiss Pursuant to Rule 12(b)(2) for Lack of Personal Jurisdiction. On March 9, 2005, the plaintiff filed a motion seeking leave to conduct jurisdictional discovery and a motion to enlarge the time within which to respond to Colonial Press's Motion to Dismiss until twenty-one days following the close of jurisdictional discovery or in the alternative until May 2, 2005.

Colonial Press does not object to affording the plaintiff a reasonable extension of time within which to respond to the Motion to Dismiss. However, Colonial Press objects to the plaintiff's motion seeking jurisdictional discovery, and has filed an objection and memorandum of law in support of that objection simultaneously herewith. Because jurisdictional discovery is neither appropriate nor warranted in this case, Colonial Press

11

objects to the plaintiff's Motion to Enlarge to the extent that it seeks an extension on the basis of jurisdictional discovery and to the extent that it seeks an extension until twenty-one days from the close of such discovery.

**THE COLONIAL PRESS, INC.**

By its attorney,

/s/ Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2005, a copy of the within Response was forwarded by first class mail, postage prepaid, to:

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

/s/ Jennifer Gagnon