# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER:** **CA05-45T** **DATE: April 22nd, 2005**

**TITLE:** **E.R. Smith Associates, Inc. v. The Colonial Press, Inc.**
**JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**
**COURT REPORTER:** **Angela Reynolds**

*******************************************************************************

**COUNSEL PRESENT:**

**Plaintiff:** **Christopher Mulhearn**

**Defendant:** **Barbara S. Cohen**

*******************************************************************************

**PROCEEDINGS:** **Hearing on Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery and its Motion to Enlarge Time for Filing a Response to the Motion to Dismiss**

**04/22/05** All Counsel of Record present. Plaintiff argues its Motion for Leave to Conduct Jurisdictional Discovery. Defendant argues against the Motion and states that it would like to move forward with the pending Motion to Dismiss. Plaintiff responds. Court addresses the Motion. Court denies the Motion for Leave to Conduct Discovery; Plaintiff has to and through 5/6/05 to file its Objection to the Defendant's Motion to Dismiss.

**DOC #13**