**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

E.R. Smith Associates, Inc.,
Plaintiff

vs. C.A. No. 05-45T

The Colonial Press, Inc.,
Defendant

**ORDER**

Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery is hereby DENIED for reasons stated in open court on April 22nd, 2005. It is further ordered that Plaintiff will have up to and including May 6th, 2005 to file its Response to Defendant's Motion to Dismiss.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres
date: 4/27/05

14