UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-45T** **DATE: June 2, 2005**

**TITLE: E.R. SMITH ASSOC. v. THE COLONIAL PRESS**

**MAGISTRATE JUDGE: Lincoln D. Almond**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Christopher Mulhearn**

**Defendant: Barbara Cohen**

**************************************************************************

**Proceedings: Defendant's Motion to Dismiss**

**All counsel of record present. Attorneys argue. Court takes matter under advisement. Court to issue a Report and Recommendation.**