UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

              v.                     CA No. 05-45-T

THE COLONIAL PRESS, INC.

**ORDER DENYING DEFENDANT'S**
**MOTION TO DISMISS**

Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) is hereby DENIED.

By Order

_____
Deputy Clerk

ENTER:

_Ernest C Torres_
Ernest C. Torres
Chief Judge

Date: ~~July~~ Nov. 30, 2005