UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 13 2005
U.S. District Court
District of Rhode Island

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

v.

THE COLONIAL PRESS, INC.

Defendant.

Civil Action No. 05-CV-45-T

**STIPULATION**

It is hereby stipulated and agreed that the time within which the defendant, The Colonial Press, Inc., must serve and file its answer and counterclaim may be extended until and including Friday, December 23, 2005.

**E.R. SMITH ASSOCIATES, INC.**
By its attorney,

[signature]

Christopher M. Mulhearn (5188)
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903
Tel: 455-1000
Fax: 455-7778

Dated: 12.13.05

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen [signature]

Barbara S. Cohen (2848)
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903
Tel: 421-7300
Fax: 421-7352

Dated: 12/13/05

So Ordered: Ernest C. Torres [signature]
12/16/05