UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND COUNTERCLAIM**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby moves the Court, pursuant to Local Rule 12(a)(1), for an Order extending the time within which Colonial Press must serve and file its answer and counterclaim until and including January 6, 2006. In support of this motion Colonial Press states that its answer and counterclaim currently are due to be filed on December 23, 2005. However, due to a death in her immediate family, counsel requires the extension sought.

Accordingly, Colonial Press respectfully requests that the Court grant this motion and extend the time within which Colonial Press must serve and file its answer and counterclaim until and including January 6, 2006. Counsel for the plaintiff has indicated that he has no objection to this extension.

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2005, a copy of the within Motion was mailed by first-class mail, postage pre-paid, to:

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903

Jennifer Gagnon