UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**DEFENDANT'S MOTION TO COMPEL RULE 26(a) DISCLOSURES AND RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby moves the Court, pursuant to Rule 37(a)(2) and Rule 37(d) of the Federal Rules of Civil Procedure and Local Rules 7(a) and 37(a), for an Order compelling the plaintiff to make the disclosures required by Rule 26(a), to provide a written response to Defendant's First Request for Production of Documents Directed to Plaintiff ("Request") and to produce the documents designated in the Request. (A copy of the Request is attached hereto as "Exhibit A.")

In support of this motion, Colonial Press states the following:

1. On February 6, 2006, Colonial Press served the Request on the plaintiff.

2. By letter dated February 7, 2006, the plaintiff's counsel acknowledged receipt of the Request, but stated that the plaintiff would hold the Request in abeyance and not respond until the parties completed initial disclosures.

3. On February 15, 2006, counsel for the parties agreed that the plaintiff would provide its initial disclosures during the week of February 20, 2006 and that

Colonial Press would provide its disclosures within ten days after receiving the plaintiff's disclosures.

4. On March 10, 2006 and March 17, 2006, respectively, counsel for Colonial Press sent emails to the plaintiff's counsel inquiring when the plaintiff would provide the disclosures and the documents that had been requested.

5. On April 3, 2006, counsel for Colonial Press sent a fax memorandum to counsel for the plaintiff inquiring as to the status of the disclosures and documents.

6. To date, Colonial Press has not received any response to its inquiries and has not received the disclosures, a written response to its Request, or any documents.

Accordingly, Colonial Press respectfully requests that the Court grant this motion and enter an Order directing the plaintiff to make its disclosures under Rule 26(a), provide a written response to the Request and produce the documents designated in the Request.

Colonial Press does not request oral argument or an evidentiary hearing on this motion.

**THE COLONIAL PRESS, INC.**
By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

**CERTIFICATION PURSUANT TO RULE 37**

The moving party hereby certifies that it has attempted to confer with the plaintiff in an effort to secure the information and documents without court action.

Barbara S. Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2006, a copy of the within Motion was mailed by first-class mail, postage pre-paid, to:

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891

Jennifer Gagnon