UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| E.R. SMITH ASSOCIATES, INC., | : | |
| Plaintiff | : | |
| vs. | : | C.A. No.: 05-CV-45-T |
| THE COLONIAL PRESS, INC., | : | |
| Defendant | : | |

**E.R. Smith Associates, Inc.'s Objection to Defendant's Motion to Compel Rule 26(a) Disclosures and Response to Defendant's First Request for Production of Documents**

NOW COMES plaintiff E.R. Smith Associates, Inc. ("E.R. Smith"), by and through counsel, and hereby objects to defendant The Colonial Press, Inc.'s ("Colonial Press") motion to compel Rule 26(a) disclosures and response to Colonial Press' first request for production of documents in connection with the above-entitled action.

Respectfully submitted,

E.R. Smith Associates,

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

George A. Comolli, Esq. (# 2730)
**Comolli & LaMountain, Ltd.**
15 Franklin Street
Westerly, RI 02891
Tel: (401) 348-6020
Fax: (401) 348-0999

**Certification**

I hereby certify that on this 8th day of May, 2006, I served a true and accurate copy of the within upon **Barbara S. Cohen, Esq.**, Goldenberg & Muri, LLP, 10 Weybosset Street, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Darlene Morris