COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

v.

THE COLONIAL PRESS, INC.

Defendant.

Civil Action No. 05-CV-45-T

**DEFENDANT'S MOTION TO COMPEL RULE 26(a) DISCLOSURES AND RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby moves the Court, pursuant to Rule 37(a)(2) and Rule 37(d) of the Federal Rules of Civil Procedure and Local Rules 7(a) and 37(a), for an Order compelling the plaintiff to make the disclosures required by Rule 26(a), to provide a written response to Defendant's First Request for Production of Documents Directed to Plaintiff ("Request") and to produce the documents designated in the Request. (A copy of the Request is attached hereto as "Exhibit A.")

In support of this motion, Colonial Press states the following:

1. On February 6, 2006, Colonial Press served the Request on the plaintiff.

2. By letter dated February 7, 2006, the plaintiff's counsel acknowledged receipt of the Request, but stated that the plaintiff would hold the Request in abeyance and not respond until the parties completed initial disclosures.

3. On February 15, 2006, counsel for the parties agreed that the plaintiff would provide its initial disclosures during the week of February 20, 2006 and that

5/12/06: GRANTED. PLAINTIFF'S OBJECTION FAILS TO OFFER ANY REASON FOR ITS UNTIMELY DISCOVERY RESPONSES. LR CV 7(b)(2). PLAINTIFF SHALL RESPOND WITHIN 20 DAYS. LR CV 37(b).
LDA USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 5/11/06