**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **E.R. SMITH ASSOCIATES, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-CV-45-T** |
| | : | |
| **THE COLONIAL PRESS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, Plaintiff, E.R. Smith Associates, Inc. ("E.R. Smith") shall have up to, and including, November 27, 2006, within which to answer, or otherwise respond to, Defendant, The Colonial Press, Inc.'s ("Colonial Press") First Set of Interrogatories directed to E.R. Smith in connection with the above-entitled action.

Agreed, consented, and stipulated to:

Plaintiff, E.R. Smith Associates, Inc.

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Defendant, The Colonial Press, Inc.

By its Attorneys,

/s/ Barbara S. Cohen
Barbara S. Cohen (#2848)
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903
Tel.: 401-421-7300
Fax: (401) 421-7352

Dated: November 2, 2006