UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**NOTICE OF DEPOSITION**

| | |
|---|---|
| TO: | Christopher M. Mulhearn, Esq.<br>George A. Comolli, Esq. |
| DEPONENT: | Frank Andaloro, President<br>E.R. Smith Associates, Inc. |
| DATE: | Thursday, February 1, 2007 |
| TIME: | 2:00 p.m. |
| PLACE OF DEPOSITION: | Goldenberg & Muri LLP<br>10 Weybosset Street<br>Providence, RI 02903 |

Please take notice that the defendant, The Colonial Press, Inc., will take the deposition upon oral examination of Frank Andaloro, President of the plaintiff, E.R. Smith Associates, Inc., on Thursday, February 1, 2007, at 2:00 P.M. at the offices of Goldenberg & Muri LLP, 10 Weybosset Street, Providence, Rhode Island 02903.

The deposition will be recorded by stenographic means before an officer duly authorized to administer oaths. The deposition will continue from day to day until completed.

**THE COLONIAL PRESS, INC.**
By its attorney,

/s/ Barbara S. Cohen
Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2007, a copy of the within document was electronically filed and is available for viewing and downloading from the Court's Electronic Case Filing system and that a copy of the within document was served on each of the following attorneys of record as stated below:

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
(First class mail, postage prepaid)

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903
cmulhearn@frlawri.com
(Email and First class mail, postage prepaid)

/s/ Barbara S. Cohen