UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Plaintiff,

Civil Action No. 05-CV-45-T

v.

THE COLONIAL PRESS, INC.

Defendant.

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

The defendant, The Colonial Press, Inc. ("Colonial Press"), hereby moves the Court, pursuant to Rule 37(a)(2) and Rule 37(d) of the Federal Rules of Civil Procedure and Local Rules 7(a) and 37(a), for an Order compelling the plaintiff to serve answers to Defendant's First Set of Interrogatories Directed to Plaintiff ("Interrogatories"). (A copy of the Interrogatories is attached hereto as "Exhibit A.")

In support of this motion, Colonial Press states the following:

1. On September 19, 2006, Colonial Press served the Interrogatories on the plaintiff.

2. By stipulation dated November 2, 2006, the parties agreed that the plaintiff could have up to and including November 27, 2006 within which to respond to the Interrogatories.

3. Thereafter, by emails to the plaintiff's counsel dated December 18, 2006, December 26, 2006, and January 9, 2007, counsel for Colonial Press inquired about the status of the answers to the Interrogatories.

4. During telephone conversations on December 12, 2006 and January 5, 2007, the plaintiff's counsel indicated that he would follow up with his client regarding the answers to Interrogatories.

5. To date, Colonial Press has not received answers to the Interrogatories.

Accordingly, Colonial Press respectfully requests that the Court grant this motion and enter an Order directing the plaintiff to answer the Interrogatories forthwith.

Colonial Press does not request oral argument or an evidentiary hearing on this motion.

**THE COLONIAL PRESS, INC.**
By its attorney,

/s/ Barbara S. Cohen
Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

## CERTIFICATION PURSUANT TO RULE 37

The moving party hereby certifies that it has in good faith conferred or attempted to confer with the plaintiff in an effort to secure the information without court action.

/s/ Barbara S. Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2007, a copy of the within document was electronically filed and is available for viewing and downloading from the Court's Electronic Case Filing system and that a copy of the within document was served on each of the following attorneys of record as stated below:

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891
(First class mail, postage prepaid)

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903
cmulhearn@frlawri.com
(Email and First class mail, postage prepaid)

/s/ Barbara S. Cohen