UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **E.R. SMITH ASSOCIATES, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-CV-45-T** |
| | : | |
| **THE COLONIAL PRESS, INC.,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

# STIPULATION

BY AGREEMENT OF THE PARTIES HERETO, pursuant to Rule 30 (b)(7) of the Federal Rules of Civil Procedure, Plaintiff, E.R. Smith Associates, Inc. ("E.R. Smith") may, by telephonic means, take the depositions of Thomas Visty and Robert Wells, in connection with the above-entitled action.

Agreed, consented, and stipulated to:

Plaintiff, E.R. Smith Associates, Inc.

By its Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Defendant, The Colonial Press, Inc.

By its Attorneys,

/s/ Barbara S. Cohen

Barbara S. Cohen (#2848)
**Goldenberg & Muri LLP**
10 Weybosset Street
Providence, RI 02903
Tel.: (401) 421-7300
Fax: (401) 421-7352
E-mail: bsc@goldenberg-muri.com

Dated: February _____, 2007