UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **E.R. SMITH ASSOCIATES, INC.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-CV-45-T** |
| | : | |
| **THE COLONIAL PRESS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

# Notice of Deposition

**TO:** **Mr. Robert Wells, The Colonial Press, Inc.**
c/o Barbara S. Cohen, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903

Rhode Island Court Reporting
25 Sea View Avenue
East Providence, RI 02915

**PLEASE TAKE NOTICE** that at **10:30 a.m.** on **Friday**, **March 9, 2007,** pursuant to Rule 30(b)(7) of the Federal Rules of Civil Procedure, Plaintiff, E.R. Smith Associates, Inc. ("E.R. Smith"), by and through counsel, Christopher M. Mulhearn, Esq., will take the deposition of **Robert Wells**, of **Defendant, The Colonial Press, Inc.** (**"Colonial"**) in connection with the above-entitled action. Said deposition will take place telephonically, and, further, will be initiated from the law offices of Ferrucci Russo, P.C., 55 Pine Street, 4th Floor, Providence, Rhode Island, 02903, by stenographic means before an officer authorized to administer oaths. The deposition will continue from day-to-day until completed.

Respectfully submitted,

E.R. Smith Associates, Inc.

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: February 28, 2007

## Certification

I hereby certify that on this 28th day of February, 2007, I served a true and accurate copy of the within upon **Barbara S. Cohen, Esq.**, via e-mail, at bsc@goldenberg-muri.com.

/s/ Christopher M. Mulhearn