UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

E.R. SMITH ASSOCIATES, INC.

Civil Action No. 05-CV-45-T

Plaintiff,

v.

THE COLONIAL PRESS, INC.

Defendant.

**NOTICE OF CHANGE OF ADDRESS**

Barbara S. Cohen, counsel of record for The Colonial Press, Inc., hereby notifies the Court and counsel of her new firm affiliation and change of address, effective March 1, 2007. Kindly revise your records accordingly and forward all future documents to:

Barbara S. Cohen, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Tel: (401) 273-8300
Fax: (401)-272-5728
Email: bcohen@wszlaw.com

THE COLONIAL PRESS
By its attorney,

\s\Barbara S. Cohen
Barbara S. Cohen (2848)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2007, a copy of the within document was electronically filed and is available for viewing and downloading from the Court's Electronic Case Filing system.

George A. Comolli, Esq.
Comolli & LaMountain, Ltd.
15 Franklin Street
Westerly, RI 02891

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
Providence, RI 02903
cmulhearn@frlawri.com

/s/ Barbara S. Cohen