UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| E.R. SMITH ASSOCIATES, INC., Plaintiff : | |
| vs. : | C.A. No.: 05-CV-45-T |
| THE COLONIAL PRESS, INC., Defendant : | |

# JOINT MOTION TO ENLARGE DISCOVERY CLOSURE DATE

NOW COME Plaintiff, E.R. Smith Associates, Inc. ("E.R. Smith") and Defendant, The Colonial Press, Inc. ("Colonial"), and each of them, by and through counsel, and hereby jointly move this Court for an order enlarging, and extending, the previously established discovery closure date for an additional thirty (30) days, or up to, and including, April 15, 2007.

On or about November 2, 2006, this Court entered a Scheduling Order establishing the discovery closure date as March 15, 2007. Since that time, the parties have engaged in discovery, and exchanged information, with an eye towards completing the same by the established discovery closure date.

Notwithstanding, however, insofar as certain of the discovery necessitates or implicates out of state non-parties it is necessary for E.R. Smith and Colonial to jointly request this Court enlarge the discovery closure date for an additional thirty (30) day period up to, and including, April 15, 2007. The parties represent that the within request will be the one and only request for an enlargement of the discovery closure date.

Moreover, the parties submit that the within request will not unduly delay the instant matter insofar as this Court has scheduled a Mandatory Settlement Conference in this case for

March 28, 2007. As such, the within request to enlarge the previously established discovery closure date should have no impact on the assignment of the instant case to the Court's trial calendar.

WHEREFORE, for the foregoing reasons, E.R. Smith and Colonial jointly pray that this Court enter an order enlarging the discovery closure date for the requested additional thirty (30) day period, or up to, and including, April 15, 2007, and that this Court award to the parties such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

E.R. Smith Associates, Inc.

By its Attorneys,

/s/ Christopher M. Mulhearn

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778
cmulhearn@frlawri.com

The Colonial Press, Inc.

By its Attorneys,

/s/ Barbara S. Cohen

Barbara S. Cohen (#2848)
**Goldenberg & Muri LLP**
10 Weybosset Street
Providence, RI 02903
Tel.: (401) 421-7300
Fax: (401) 421-7352
E-mail: bsc@goldenberg-muri.com