**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **E.R. SMITH ASSOCIATES, INC.,** : <br> : <br> **Plaintiff** : <br> : <br> **vs.** : <br> : <br> **THE COLONIAL PRESS, INC.,** : <br> : <br> **Defendant** : | **C.A. No.: 05-CV-45-T** |

**PLAINTIFF, E.R. SMITH ASSOCIATES, INC.'S PROPOSED *VOIR DIRE* QUESTIONS TO BE DIRECTED TO PROSPECTIVE JURORS**

NOW COMES, Plaintiff, E.R. Smith Associates, Inc. ("E.R. Smith"), pursuant to this Court's April 20, 2006 Pre-Trial Order in connection with the above-identified action, and hereby submits the following proposed *voir dire* questions to be directed to prospective jurors in the instant matter:

1. Do you, or any members of your immediate family, know and/or have any relationship with any of the parties, lawyers, and/or witnesses in this case?

2. Are you, or any members of your immediate family, presently employed by The Colonial Press, Inc. ("Colonial Press")?

3. Have you, or any members of your immediate family, ever been employed by Colonial Press?

4. Have you, or any members of your immediate family, ever been employed by E.R. Smith?

5. Do you have any personal knowledge about the attendant facts and/or circumstances involved in this case, or the subject matter of the same?

6. Do you, or any members of your immediate family, have any ownership interest in Colonial Press?

7. Are you familiar with or have any knowledge of Colonial Press, and/or any of its officers, directors, shareholders and/or employees, whether past or present.

8. Have you, or any members of your immediate family, ever transacted business with Colonial Press?

9. Have you, or any members of your immediate family, ever make any purchases from Colonial Press?

10. Are you, or any members of your immediate family, associated with any business that sells, installs, rebuilds or runs printing presses, press lines, or associated equipment, components or accessories?

11. Do you, or any members of your immediate family, have technical expertise or any other experience, whether technical or non-technical, with respect to the installation or running of printing presses, press lines, production lines or printing equipment?

12. Have you, or any members of your immediate family, ever been sued for breach of contract?

13. Have you, or any members of your immediate family, ever sued any party alleging breach of contract?

14. Do you have any pre-disposition and/or opinions relative to E.R. Smith?

15. Do you have any knowledge of and/or experience with E.R. Smith?

16. Do you, or any members of your immediate family work in the legal profession or field.

17. Have you ever served on a jury before? If so, on what type of case?

18. Have you ever been a witness in a lawsuit before? If so, in what type of case?

19. Have you, or any members of your immediate family, ever been involved a legal proceeding or litigation in which one party was trying to collect money claimed to be owed by another party?

20. Have you, or any members of your immediate family, ever been involved in a legal proceeding which one party was trying to recover damages from another party arising from allegations that one party did not perform pursuant to a contract?

21. Do you, or any members of your immediate family, have any background and/or experience in accounting or economics?

22. Do you, or any members of your immediate family, have any experience with breached or defaulted contracts and/or payment disputes regarding the same?

23. Do you have any specific or particular experience with designing or organizing business deals and/or drafting business contracts?

24. Do you have any pre-disposition and/or opinion relative to the denial of a party's prayer or request for a substantial damage award? If so, please indicate or describe the pre-disposition or opinion?

25. Do you have any particular or specialized knowledge or experience in drafting or administering business contracts?

Respectfully submitted,

E.R. Smith Associates, Inc.

By its Attorneys,

/s/ Christopher M. Mulhearn______
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: May 22, 2007

## Certification

I hereby certify that on this 22nd day of May, 2007, I served a true and accurate copy of the within upon **Barbara S. Cohen, Esq.**, bcohen@wszlaw.com at Winograd, Shine & Zacks, P.C.; and **George A. Comolli, Esq**., george@comolli-lamountain.com at Comolli & LaMountain Ltd., via e-mail.

/s/ Christopher M. Mulhearn