**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**E.R. SMITH ASSOCIATES, INC.,**

**VS.** **C.A. NO. 05- 045 T**

**THE COLONIAL PRESS, INC.**

**DISMISSAL STIPULATION**

The undersigned hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice, each side to bear its own attorney's fees, costs and expenses.

Attorney for Plaintiff(s),

Christopher M. Mulhearn, Esq. (#5188)

Attorney for the Defendant(s),

Barbara S. Cohen, Esq. (2848)

RECOMMEND ENTRY:

Jacob Hagopian
Senior U.S. Magistrate Judge

Date: 9/11/07

SO ORDERED:

Ernest C. Torres
Senior U.S. District Judge